IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE LEE FOSTER, #143404, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:13-cv-288-WHA |
| | ) |
| CYNTHIA DILLARD, et al., | )     (WO) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #53) and Plaintiff's Objection (Doc. #56).

The Magistrate Judge recommended that the Plaintiff's Motions for Preliminary Injunction be denied. Following an independent evaluation and *de novo* review of the file in this case, the court agrees with the analysis and conclusion of the Magistrate Judge and finds the objection to be without merit. Therefore, it is hereby ORDERED as follows:

1. Plaintiff's objection is OVERRULED.

2. The court ADOPTS the Recommendation of the Magistrate Judge.

3. Plaintiff's Motions for Preliminary Injunction (Docs. #50 and #51) are DENIED.

4. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 9th day of November, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE