IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE LEE FOSTER, #143404, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:13-cv-288-WHA |
| CYNTHIA DILLARD, et al., | ) (WO) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff.

DONE this 25th day of May, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE